Date signed March 10, 2008



PAUL MANNES
U. S. BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

IN RE:                                  :
                                        :
JAMES ALEXANDER SPARROW                 :    Case No. 08-12232PM
                                        :    Chapter 13
        Debtor                          :
- - - - - - - - - - - - - - - - - - - - :

## MEMORANDUM TO COUNSEL

Upon consideration of counsel's response to the Order to Justify Fee and review of the file herein, counsel is advised that the court will take no further action on the matter of his fees until a final decision as to confirmation of Debtor's Chapter 13 Plan.

cc:
Robert W. Thompson, Esq., 134 Holiday Court, Suite 301, Annapolis, MD 21401
James A. Sparrow, 5400 Ludlow Drive, Temple Hills, MD 20748
Timothy P. Branigan, Esquire, P.O. Box 1902, Laurel MD 20725-1902

**End of Memorandum**